# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHAD A. MARTIN & JENNIFER A. MARTIN  
1710 SHERRILL BLVD.  
MURFEESBORO, TN  37130  

SSN-xxx-xx-2110 & xxx-xx-7492

Case Number: 05-71602

Case filed on: 4/5/2005  
Plan Confirmed on: 6/24/2005  

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,001.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | CHAD A. MARTIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOUSEHOLD AUTOMOTIVE FINANCE CORP | 6,000.00 | 6,000.00 | 1,788.23 | 701.11 |
| 003 | WFS FINANCIAL | 12,000.00 | 12,000.00 | 3,576.49 | 1,402.18 |
|  | Total Secured | 18,000.00 | 18,000.00 | 5,364.72 | 2,103.29 |
| 001 | HOUSEHOLD AUTOMOTIVE FINANCE CORP | 6,521.42 | 6,521.42 | 0.00 | 0.00 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WFS FINANCIAL | 7,042.01 | 7,042.01 | 0.00 | 0.00 |
| 004 | CREDITORS BANKRUPTCY SERVICE | 758.37 | 758.37 | 0.00 | 0.00 |
| 005 | ATTORNEY SCOTT HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST CONSUMER NATIONAL BANK | 1,303.90 | 1,303.90 | 0.00 | 0.00 |
| 009 | DR. ZAKARIJA DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MULFORD DENTAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NICOR GAS | 717.52 | 717.52 | 0.00 | 0.00 |
| 015 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PG&E | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCK RIVER DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCK RIVER WATER RECLAMATION | 170.36 | 170.36 | 0.00 | 0.00 |
| 020 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ILLINOIS STUDENT ASSISTANCE COMM | 42,358.76 | 42,358.76 | 0.00 | 0.00 |
| 022 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | TDS METROCOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CITY OF CHICAGO DEPARTMENT OF REVENUE | 100.00 | 100.00 | 0.00 | 0.00 |
| 027 | CREDITORS BANKRUPTCY SERVICE | 382.54 | 382.54 | 0.00 | 0.00 |
|  | Total Unsecured | 59,354.88 | 59,354.88 | 0.00 | 0.00 |
|  | Grand Total: | 80,218.88 | 80,218.88 | 8,228.72 | 2,103.29 |

Total Paid Claimant:      $10,332.01  
Trustee Allowance:           $668.99  
Percent Paid Unsecured:        0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                    By  /s/Heather M. Fagan